### Ex parte Dora ESTEP.

#### No. 27270.

Court of Criminal Appeals of Texas.

Jan. 5, 1955.

Rehearing Denied Feb. 23, 1955.

Maury Hughes, Howard Dailey, Dallas, for appellant.

Wesley Dice, State's Atty., Austin, for the State.

DAVIDSON, Judge.

This is a companion case to that of Ex parte Estep, 276 S.W.2d 284.

For the reasons there stated, the judgment of the trial court is affirmed.

On Appellant's Motion for Rehearing

WOODLEY, Judge.

What has been said in the opinion on rehearing in Ex parte Estep, Tex.Cr.App., 276 S.W.2d 284, controls the disposition of the motion in this cause.

Appellant's motion for rehearing is overruled.